52 A.3d 975

**Eileen YORK**

v.

**Richard HESSION.**

**No. 5, Sept. Term, 2012.**

Court of Appeals of Maryland.

Sept. 10, 2012.

Michael R. McCann (Michael R. McCann, P.A., Towson, MD), on brief, for petitioner.

No argument on behalf of Respondent.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and McDONALD, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 10th day of September, 2012,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.